Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 9 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>NICHOLAS J. KLOEPFEL,<br><br>                    Defendant. | 2:24-CR-45-TOR<br><br>INDICTMENT<br><br>Vio.:  18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>        Felon in Possession of a Firearm<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about January 20, 2024, in the Eastern District of Washington, the Defendant, NICHOLAS J. KLOEPFEL, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit: a Glock 20 10mm pistol bearing serial #BXRX389, a Sig Sauer P-320 pistol bearing serial number 58B151334 and a Glock 19X 9mm pistol bearing serial number

INDICTMENT – 1

BKKK594, which firearms had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

### NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, Defendant, NICHOLAS J. KLOEPFEL, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Glock 20 10mm pistol bearing serial #BXRX389,
- a Sig Sauer P-320 pistol bearing serial number 58B151334 and
- a Glock 19X 9mm pistol bearing serial number BKKK594.

DATED this 19 day of March, 2024.

A TRUE BILL

Vanessa R. Waldref
United States Attorney

Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 2